# EXHIBIT 1

# EXHIBIT 1

# John Glenn's Thoughts

Thoughts on Enterprise Risk Management, a/k/a Business Continuity and Continuation Of Operations (COOP) planning by a certified planner who has "been there and done that." **I currently am seeking staff or staff consulting opportunities preferably working in, or from, southeast Florida (but all opportunities will be considered).**

# EXHIBIT 2

# EXHIBIT 2

Who's Who in Nevada - Apply now to appear in The Who's Who in Nevada, It's Free!

### John Glenn, MBCI
Seeking Enterprise Risk Management - Business Continuity opportunities
Miami/Fort Lauderdale Area | Management Consulting



| | |
|---|---|
| Current | • **ERM - BC practitioner** at **World Compliance (via TEKsystems)** |
| Past | • Business Continuity Manager at Northrop Grumman Mission Systems<br>• Independent consultant - multiple projects at Multiple clients, multiple industries<br>• Business Analyst - Enterprise Continuity Planner at Zim |
| Education | • Barry University |
| Recommendations | **14** people have recommended John |
| Connections | **243** connections |
| Websites | • Business Continuity/Risk Mgt<br>• ERM/BC/COOP Thoughts<br>• Disaster Recovery Journal |
| Public Profile | http://www.linkedin.com/in/johnglennmbci |

see all...

Expanded profile views are available only to premium account holders. **Upgrade your account.**

## Summary

SUMMARY

More than 13 years experience as a staff, staff consultant, and independent consultant creating Risk Management - Business Continuity - COOP plans to protect defense, energy exploration, financial, Fortune 100, government, insurance, international, and transportation organizations.

Certified since 2004 by the Business Continuity Institute (BCI); initially certified by the Harris Institute.

Management experience includes projects, departments, matrixed groups, business, and vendors, both in the U.S. and overseas.

Extensive documentation and training experience.

U.S. citizen who welcomes extensive domestic and international job-related travel.

OBJECTIVE

Develop complete Enterprise Risk Management - Business Continuity programs and projects as staff or staff consultant working in, or from, southeast Florida. Introduce ERM/BC to personnel at all levels; mentor personnel assigned ERM/BC-related tasks.

**Specialties**
* Program and project management (directs, indirects)
* Mentoring
* Documentation: PR, Proposals, Deliverables, Abstracts
* Training

## Contact Settings

Visit http://JohnGlennMBCI.com and contact via BCPlanner@gmail.com
**Interested In**
- career opportunities
- reference requests
- expertise requests
- getting back in touch

**Send a message to John Glenn, MBCI**
Send InMail

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Mobile | Developers | Language | Upgrade My Account
LinkedIn Corporation © 2010

# EXHIBIT 3

# EXHIBIT 3

Las Vegas News, Sports, Business, Entertainment and Classifieds                    Advertise | Subscribe or Manage your account | E-mail / mobile alerts |

Wednesday
Sep 1, 2010

Search

HOME  NEWS  SPORTS  BUSINESS  LIVING  ENTERTAINMENT  TRAVEL  OPINION  OBITUARIES          JOBS  AUTOS  HOMES  CLASSIFIEDS & ADS



RECENT EDITIONS
Thu Fri Sat Sun Mon Tue Wed



News

SAVE THIS    EMAIL THIS    PRINT THIS    MOST POPULAR    RSS FEEDS    POST A COMMENT

Jul. 11, 2010
Copyright © Las Vegas Review-Journal

# Employers may face higher penalties

## Federal, state fines aimed at strengthening safety efforts

By JOAN WHITELY

© 2010 LAS VEGAS REVIEW-JOURNAL

**RELATED STORIES:**

• **Family remembers worker as officials close files on fatal fall**

• **Las Vegas the US Capital of Rigging**

Nevada lawmakers and federal lawmakers are considering whether to enhance workplace safety by raising the penalties for employers who make safety a low priority.

If fines are high, then safety awareness will also be high, according to the logic behind some changes Congress is considering. Federal OSHA penalties have not gone up since 1990, despite increases in the cost of living.

"For many employers, investing in job safety happens only when they have adequate incentives to comply" with safety laws, said David Michaels, head of the U.S. Occupational Safety and Health Administration.

He made the statement in April, when federal OSHA launched a program to target employers who have an ongoing pattern of safety violations.

Penalty increases for workplace hazards can't enter Nevada law before the next legislative session, in 2011.

In the meantime, Congress is looking to increase fines for safety violations in general industry -- which includes event rigging -- by recent additions to an already pending bill to improve mining safety.



If Congress passes it, the average penalty for a serious violation would increase from about $1,000 to an average $3,500, according to federal OSHA officials.

The maximum for a serious violation would rise from $7,000 to $12,000. In a serious violation, the employer knew, or should have known, of a serious hazard.

For a willful violation -- which means the employer was indifferent to legal requirements for employee safety -- the maximum would jump from the present $70,000 to $250,000, according to the bill.

Nevada is one of 26 states with its own "state plan" OSHA, which must be at least as tough as federal OSHA.

That's the theory. In practice, according to federal data, state OSHA inspectors find fewer serious violations in their workplace inspections (43 percent of all violations found) compared to federal inspectors (77 percent).

But assessing fines is not the only way to induce workplace safety. Restructuring workers' compensation programs to allow more lawsuits against employers could be another way, according to some lawyers.

Nevada, like most states, bars people from suing an employer in relation to work-related death or injury. A worker can recover medical and rehabilitation expenses through the state's workers' compensation program.

Under the system, an injured worker does not have to defend himself against charges of negligence, nor does the employer. In the case of a worker death, the system pays out minimally if the deceased had no dependents.

**Most Popular Stories**
- Two tourists killed, two hurt in crash in northern Arizona
- Hawaii man named in airport suicide
- Oh, the tales told of Paris in Vegas
- LV police investigate shooting that left one dead, one injured
- Wynn breaks with Hilton boyfriend after arrest on Strip
- Q&A with Reid, Angle on War, National Security
- Man who killed self after shooting spree was facing criminal charges
- Identities released of LV officers, suspect killed during shooting
- Former CSN official guilty of theft
- Information sought on man found dead in downtown LV

MULTIMEDIA


Tx. Man Slits Own Throat in Court After Sentence
▶ Play


Police: 'We Have an Ongoing Hostage Situation'
▶ Play

Michael Douglas: 'I Got Cancer'
▶ Play



But the compensation system is a "limited remedy" in the eyes of Emily Spieler, dean of the Northeastern University School of Law, and a former commissioner of West Virginia's Workers' Compensation Fund.

"Workers don't have to prove any negligence," she explained by telephone. "But it protects the employers in situations where there's perhaps more culpability. ... Instead of a benefit program for workers, you can look at it (workers' compensation) as an insurance program for the employers."

In recent years, Spieler said, a handful of states -- often after a horrendous workplace accident -- have loosened their laws to allow a party to sue an employer if "the employer knew of the existence of an extremely dangerous condition, that an injury was likely to occur, and the injury did occur."

Texas attorney Rick Garcia used stronger language to characterize the no-sue nature of Nevada's workers' compensation law.

"This is tantamount to a 'free pass' for a negligent or grossly negligent employer," he wrote to the Las Vegas Review-Journal by e-mail.

Garcia helped represent a widow in a high-profile wrongful death lawsuit involving a commercial laundry in Oklahoma.

Her husband died in 2007 after falling into an industrial dryer running at 300 degrees, at a plant owned by Cintas Corp., which supplies and launders work uniforms.

The widow, who settled in April for an undisclosed sum, alleged the company encouraged workers to meet production goals by fixing the jammed conveyor belts that carry wet laundry, without shutting off the dryers below.

In 2008 Cintas agreed to pay almost $3 million in federal OSHA penalties for safety violations at multiple plants.

Contact reporter Joan Whitely at jwhitely@reviewjournal.com or 702-383-0268.

**Sponsored Links**

**The Top 10 Golf Mistakes?**
Play Best Golf of Your Life in Just 2 weeks - 10 Free Video Lessons

**Get Serious Savings**
Auto Insurance Quote: Get Discounts & Bonuses to Help You Save Big!

**Free Credit Score**
A bad credit score is 598. Checking won't affect your score. See Now $0


Buy a link here

**RELATED TOPICS**
Cintas
David Michaels
Emily Spieler
Joan Whitely
OSHA
penalty
Rick Garcia
workers compensation

**Share & Save**



**Sponsored Links**

**$13/Month Car Insurance?**
Insurance deal just passed now allows you to get $13/mo auto coverage.

**1 Tip for Losing Weight**
Cut down 2 lbs per week by using this 1 weird old tip

**Mom Makes $4000//Month**
You Won't Believe How This Local Mom Makes $4000/mo. Read More!

**Free Credit Score**
A bad credit score is 598. Checking won't affect your score. See Now $0

Buy a link here

**Comments ( 0 )**

Share your thoughts on this story. **You are not currently logged in.**
You must be registered to comment. Register | Sign in | Terms and Conditions

Submit

Some comments may not display immediately due to an automatic filter. These comments will be reviewed within 24 hours. **Please do not submit a comment more than once.**

Note: Comments made by reporters and editors of the Las Vegas Review-Journal are presented with a yellow background.



- Contact the R-J
- Report a news tip/press release
- Privacy Statement
- Subscribe
- Send a letter to the editor
- RSS
- Report a delivery problem
- Print announcement forms
- Twitter
- Put the paper on hold
- Jobs at the R-J
- Facebook
- Advertise with us
- Stephens Media, LLC

Copyright © Stephens Media LLC 1997 - 2010

Feedback

# EXHIBIT 4

# EXHIBIT 4

Share    Report Abuse    Next Blog»                                                                            Create Blog    Sign In

# John Glenn's Thoughts

Thoughts on Enterprise Risk Management, a/k/a Business Continuity and Continuation Of Operations (COOP) planning by a certified planner who has "been there and done that." **I currently am seeking staff or staff consulting opportunities preferably working in, or from, southeast Florida (but all opportunities will be considered).**

MONDAY, JULY 12, 2010

## ERM-BC-COOP: Pays to Protect People

Employers may face higher penalties: Federal, state fines aimed at strengthening safety efforts [Las Vegas Review-Journal] http://tinyurl.com/2d9j5tl

Joan Whitely jwhitely@reviewjournal.com

July 11--Nevada lawmakers and federal lawmakers are considering whether to enhance workplace safety by raising the penalties for employers who make safety a low priority.

If fines are high, then safety awareness will also be high, according to the logic behind some changes Congress is considering. Federal OSHA penalties have not gone up since 1990, despite increases in the cost of living.

"For many employers, investing in job safety happens only when they have adequate incentives to comply" with safety laws, said David Michaels, head of the U.S. Occupational Safety and Health Administration.

He made the statement in April, when federal OSHA launched a program to target employers who have an ongoing pattern of safety violations.

Penalty increases for workplace hazards can't enter Nevada law before the next legislative session, in 2011.

In the meantime, Congress is looking to increase fines for safety violations in general industry -- which includes event rigging -- by recent additions to an already pending bill to improve mining safety.

If Congress passes it, the average penalty for a serious violation would increase from about $1,000 to an average $3,500, according to federal OSHA officials.

The maximum for a serious violation would rise from $7,000 to $12,000. In a serious violation, the employer knew, or should have known, of a serious hazard.

For a willful violation -- which means the employer was indifferent to legal requirements for employee safety -- the maximum would jump from the present $70,000 to $250,000, according to the bill.

Nevada is one of 26 states with its own "state plan" OSHA, which must be at least as tough as federal OSHA.

That's the theory. In practice, according to federal data, state OSHA inspectors find fewer serious violations in their workplace inspections (43 percent of all violations found) compared to federal inspectors (77 percent).



**John Glenn MBCI**

Certified Enterprise Risk Management (Business Continuity - COOP) practitioner with more than a dozen years planning experience; mentor to tyros & non-planners assigned planning tasks. Host professional Web site at http://JohnGlennMBCI.com . Happy to entertain profession-related questions sent to Planner @ JohnGlennMBCI.com .

View my complete profile

**BLOG ARCHIVE**

- ▼ 2010 (49)
  - ► August 2010 (2)
  - ▼ July 2010 (9)
    - ERM-BC-COOP: It's all about T R A I N I N G
    - ERM-BC-COOP: Security awareness training
    - ERM-BC-COOP: Board members may face legal action
    - ERM-BC-COOP: Do my job for me
    - ERM-BC-COOP: BSI to compare DHS BCM standards
    - ERM-BC-COOP: Responsibility (liability) does not s...
    - ERM-BC-COOP: Risk of not "going green"
    - ERM-BC-COOP: Pays to Protect People
    - ERM-BC-COOP: Airbus facility certified
  - ► June 2010 (13)
  - ► May 2010 (8)
  - ► April 2010 (2)
  - ► March 2010 (6)
  - ► February 2010 (7)
  - ► January 2010 (2)
- ► 2009 (46)
- ► 2008 (54)

**LINKS**

- My ERM/BC site
- ERM/BC articles
- Disaster Recovery Journal
- Disaster-Resource.com
- Business Continuity Inst.
- DRII

Case 2:10-cv-01535-KJD-RAL   Document 1-1   Filed 09/09/10   Page 11 of 16

But assessing fines is not the only way to induce workplace safety. Restructuring workers' compensation programs to allow more lawsuits against employers could be another way, according to some lawyers.

Nevada, like most states, bars people from suing an employer in relation to work-related death or injury. A worker can recover medical and rehabilitation expenses through the state's workers' compensation program.

Under the system, an injured worker does not have to defend himself against charges of negligence, nor does the employer. In the case of a worker death, the system pays out minimally if the deceased had no dependents.

But the compensation system is a "limited remedy" in the eyes of Emily Spieler, dean of the Northeastern University School of Law, and a former commissioner of West Virginia's Workers' Compensation Fund.

"Workers don't have to prove any negligence," she explained by telephone. "But it protects the employers in situations where there's perhaps more culpability. ... Instead of a benefit program for workers, you can look at it (workers' compensation) as an insurance program for the employers."

In recent years, Spieler said, a handful of states -- often after a horrendous workplace accident -- have loosened their laws to allow a party to sue an employer if "the employer knew of the existence of an extremely dangerous condition, that an injury was likely to occur, and the injury did occur."

Texas attorney Rick Garcia used stronger language to characterize the no-sue nature of Nevada's workers' compensation law.

"This is tantamount to a 'free pass' for a negligent or grossly negligent employer," he wrote to the Las Vegas Review-Journal by e-mail.

Garcia helped represent a widow in a high-profile wrongful death lawsuit involving a commercial laundry in Oklahoma.

Her husband died in 2007 after falling into an industrial dryer running at 300 degrees, at a plant owned by Cintas Corp., which supplies and launders work uniforms.

The widow, who settled in April for an undisclosed sum, alleged the company encouraged workers to meet production goals by fixing the jammed conveyor belts that carry wet laundry, without shutting off the dryers below.

In 2008 Cintas agreed to pay almost $3 million in federal OSHA penalties for safety violations at multiple plants.

Contact reporter Joan Whitely at jwhitely@reviewjournal.com or 702-383-0268.

To see more of the Review-Journal or to subscribe to the newspaper, go to http://www.lvrj.com.

Copyright (c) 2010, Las Vegas Review-Journal

Posted by John Glenn MBCI at 4:10:00 PM
Labels: Business Continuity, Enterprise Risk Management

- Computer Mavins Only
- SC Mag (IT Security)
- Ken Simpson's Comtemplating

StatCounter - Free Web Tracker and

**Funny Quote of the Day**
There cannot be a crisis next week. My schedule is already full.
Henry A. Kissinger
*more Famous Quotes*

**Quote of the Day**
Patience is the companion of wisdom.
Saint Augustine
*more Famous Quotes*

## 0 comments:

Post a Comment

## Links to this post

Create a Link

Newer Post    Home    Older Post

Subscribe to: Post Comments (Atom)

Case 2:10-cv-01535-KJD-PAL Document 1-1 Filed 09/09/10 Page 12 of 16

Simple template by Josh Peterson. Powered by Blogger.

# EXHIBIT 5

# EXHIBIT 5

*-APPLICATION-*

## Title

**Title of Work:** Employers may face higher penalties. Federal, state fines aimed at strengthening saftey efforts.

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 11, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC
9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC
**Name:** Chief Executive Officer
**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900
**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

## Certification

Page 1 of 2

|     |     |
| --- | --- |
| Name: | Steven A. Gibson |
| Date: | September 2, 2010 |
| Applicant's Tracking Number: | 0002058 |

**Registration #:**

**Service Request #:**   1-481200438

**Application Date:**   09-02-2010 20:12:56

# Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States